934

No. 80–1940. Long *v.* District Director, Internal Revenue Service, Phoenix, Arizona. Appeal from C. A. 10th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 80–6576. Prenzler *v.* Spencer & Spencer. Appeal from C. A. 9th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 80–1374. Rhode Island *v.* DeMasi et al. Sup. Ct. R. I. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *United States* v. *Cortez,* 449 U. S. 411 (1981). Justice Brennan, Justice Stewart, Justice White, and Justice Marshall dissent.

No. 80–1550. United Parcel Service, Inc. *v.* Tinsley et al. C. A. 7th Cir. Motion of respondent Paul E. Tinsley, Jr., for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Clayton* v. *Automobile Workers,* 451 U. S. 679 (1981). Justice Stevens dissents and would deny certiorari.

No. 80–1668. Michigan *v.* Peques. Sup. Ct. Mich. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded to the Supreme Court of Michigan to consider whether its judgment is based upon federal or state constitutional grounds, or both. See *California* v. *Krivda,* 409 U. S. 33 (1972).